IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

M. FIRAS JOUDEH                                                                                      PLAINTIFF

v.                                    CASE NO. 4:19-CV-00112 -BSM

JAMES F. BECK,
GINGER BECK, and
LUX HOME INVESTMENTS, LLC                                                            DEFENDANTS

## ORDER

Pursuant to the parties' stipulation of dismissal [Doc. No. 97] and Federal Rule of Civil Procedure 41, this case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE