IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**M. FIRAS JOUDEH**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　CASE NO. 4:19-CV-00112 -BSM

**JAMES F. BECK,
GINGER BECK, and
LUX HOME INVESTMENTS, LLC**　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE